# USDC SCAN INDEX SHEET










CAG    3/2/04    13:48

3:01-CV-00763    MILLS V. MILLER

*246*

*JGM.*

FILED

MAR 1 2004

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. MILLS, et al.,<br><br>                      Plaintiffs<br>vs.<br><br>SALIHA MILLER, BURKE HOVDE, THIRD EYE SYSTEMS, LLC, and THIRD EYE SYSTEMS HOLDINGS, INC.,<br><br>                      Defendants,<br><br>And all related Counter-claims. | CASE NO. 01cv0763-DMS(JMA)<br><br>**ORDER OF JUDGMENT**<br><br>Trial Date: February 9, 2004 |

    The above case came on regularly for trial on February 9, 2004. The Honorable Dana M. Sabraw presided over the case without a jury, a jury trial having been waived by the parties. Pursuant to Local Civil Rule 52.1(c) and Federal Rule of Civil Procedure 58, this Court now issues a final Order of Judgment. For the reasons discussed in the Court's Findings of Fact and Conclusions of Law, Judgment shall be entered as follows:

    1.    Plaintiffs' claim for rescission of the sales of the units of Third Eye Systems, LLC, is **GRANTED** as to all Plaintiffs except Plaintiff/Counter-defendant John T. Mills.

///

- 1 -

ENTERED ON 3-2-04   01cv0763

1    2.    Upon the tender of the Third Eye units to Defendants/Counter-claimants, all Plaintiffs (except John T. Mills) are entitled to their out-of-pocket cost of the units, together with interest at eight percent per annum from the date of payment, costs, and reasonable attorney's fees. Within thirty (30) days of the date this Order is stamped: "Filed," Plaintiffs shall serve and file with the Court an amount of damages Plaintiffs believe to comport with the Court's opinion. The parties shall proceed as described in Local Civil Rule 52.1(b) regarding the computation of judgment.

2.    Plaintiff/Counter-defendant John T. Mills's claim for rescission of the sale of the Third Eye units is **DENIED**.

3.    The Counter-claims against Plaintiff/Counter-defendant John T. Mills are **DENIED**.

**IT IS SO ORDERED.**

Dated: 2-27-04

DANA M. SABRAW
United States District Judge

cc:    Judge Adler
       All Parties